IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Petitioner, ) | Case No. 14-mc-55 (DWF/JJK) |
| ) | |
| v. ) | |
| ) | **UNITED STATES' MOTION FOR** |
| RICK L. PETRY, ) | **ORDER TO SHOW CAUSE WHY** |
| ) | **RESPONDENT SHOULD NOT BE** |
| Respondent. ) | **HELD IN CONTEMPT** |

On November 24, 2014, this Court entered an order granting the United States' Petition to Enforce Internal Revenue Service Summons (doc. no. 9), and ordered that the respondent, Rick L. Petry, meet with an IRS representative within 30 days and to fully comply with the summons. Petry was served with a copy of the Court's summons-enforcement order but has failed to meet with an IRS agent and to comply with the summons. The United States therefore requests that the Court enter an order to show cause why Petry should not be held in contempt.

                                              Respectfully submitted,

                                              ANDREW M. LUGER
                                              United States Attorney

                                              /s/ Martin M. Shoemaker
                                              MARTIN M. SHOEMAKER
                                              U.S. Dept. of Justice, Tax Division
                                              P.O. Box 7238
                                              Washington, D.C.  20044
                                              202-514-6491 (phone)
                                              202-514-6770 (fax)
                                              Martin.M.Shoemaker@tax.usdoj.gov