## RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of MINNESOTA

Case Number: 14-MC-55 (DWF/JJK)

Plaintiff:
UNITED STATES OF AMERICA

vs.

Defendant:
RICK L. PETRY

For:
Martin M. Shoemaker
U.S. DEPT. OF JUSTICE, TAX DIVISION
P.O. Box 7238
Washington, DC 20044

Received by ABC PROCESS SERVICE on the 3rd day of December, 2014 at 3:48 pm to be served on RICK L. PETRY, 301 FOURTH AVENUE SOUTH, SUITE 378N, MINNEAPOLIS, MN 55415

I, Robert Rider, do hereby affirm that on the **4th day of December, 2014** at **3:32 pm**, I:

**INDIVIDUAL/PERSONAL:** by delivering a true copy of the ORDER ADOPTING REPORT AND RECOMMENDATION; to: RICK L. PETRY at the address of: 301 FOURTH AVENUE SOUTH, SUITE 378N, MINNEAPOLIS, MN 55415 with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, in compliance with state statutes.

I declare under penalty of perjury under the laws of the United States Of America that the foregoing information contained in the Return Of Service is true and correct.

Robert Rider
Process Server

GOVERNMENT EXHIBIT
A

ABC PROCESS SERVICE
4834 Swiss Ave.
Dallas, TX 75204
(214) 220-0226

Our Job Serial Number: ABC-2014003073

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

## From the Desk of Rick L. Petry

RICK L. PETRY
5898 Blackberry Bridge Path
Inver Grove Heights, MN 55076
E: r.petry@comcast.net
P: 612.387-7229

October 27, 2014

**VIA FAX and EMAIL (202) 514-6770**

Martin M. Shoemaker, Esq.
Internal Revenue Service
6200 Shingle Creek Parkway
Brooklyn Park, MN 55430-2163

**Re:**   United States v. Rick Petry
          Civil No. _____

Dear Mr. Shoemaker:

    I am writing to follow up on the request for information regarding any judgments, receivable and notes concerning Rick L. Petry & Associates, PA. I have searched the records of our Minnesota State Court System and the only judgment that I was able to locate in favor of Petry & Associates is against Thomas E. Ray III and Thomas E. Ray, Jr. in the amount of $27,088.32. The Court file associated with that Judgment is 27-CV-05006498 and the matter was filed in Hennepin County Minnesota. There are no accounts receivable and no notes that we hold as security for loans, etc.

    I have some dishonored checks that were written by former clients that were never paid by the clients. I did not start claims against these former clients, so I suppose these are arguably receivables that could be collected. I can get you more detailed information regarding those checks if you like

    I apologize for the delay in getting this information to you. Please let me know if you need anything else from me, and again I extend my most sincere apology for the delay.

Sincerely,

*Rick L. Petry*

Rick L. Petry



GOVERNMENT EXHIBIT