UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                                    Miscellaneous No. 14-55 (DWF/JJK)

          Petitioner,

v.                                                                                            **ORDER**

Rick L. Petry,

          Respondent.

_____

Martin M. Shoemaker, Esq., U.S. Department of Justice, counsel for Petitioner.

Rick L. Petry, *Pro Se*.
_____

This matter is before the Court on a Motion for Order to Show Cause Why Respondent Should Not Be Held In Contempt. (Doc. No. 11.) The parties appeared for a hearing on this matter on March 6, 2015, at which time they represented to the Court that they would be meeting on Monday, March 9, 2015, with the expectation of resolving this matter. Specifically, Respondent agreed to meet with IRS Revenue Officer Anne Ohm and to cooperate with the IRS summons. In light of the above agreement, the Court issues the following:

**ORDER**

1.    Respondent shall meet with IRS Revenue Officer Anne Ohm at a time to be determined on Monday, March 9, 2015.

2. Within one week of the March 9, 2015 meeting, Petitioner shall submit via letter to the Court an update on whether there was compliance by Respondent.

3. If necessary, Respondent shall reply to the Petitioner's submission within four days.

4. In the event that there is not compliance with the IRS summons, the Court provisionally sets a hearing for April 10, 2015, at 1:00 p.m. The Court reserves the right to strike that hearing in the event that this matter is resolved.

5. The Court also reserves the right to address issues of attorney fees and costs at a later date.

Dated: March 6, 2015         s/Donovan W. Frank
                             DONOVAN W. FRANK
                             United States District Judge